Same case below, 391 U.S. App. D.C. 165, 608 F.3d 871.

**No. 10-898. Princo Corporation, et al., Petitioners v. International Trade Commission, et al.**

563 U.S. 987, 131 S. Ct. 2480, 179 L. Ed. 2d 1209, 2011 U.S. LEXIS 3703.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit is denied.

Same case below, 616 F.3d 1318.

**No. 10-972. Eli Lilly and Company, Petitioner v. Sun Pharmaceutical Industries, Ltd.**

563 U.S. 987, 131 S. Ct. 2445, 179 L. Ed. 2d 1209, 2011 U.S. LEXIS 3687.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 611 F.3d 1381.

**No. 10-992. Guillermo Guardado-Garcia, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 987, 131 S. Ct. 2445, 179 L. Ed. 2d 1209, 2011 U.S. LEXIS 3677.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 615 F.3d 900.

**No. 10-1017. Brice M. George, Robert Stevenson, and Ivory Grace, Petitioners v. Louisiana.**

563 U.S. 987, 131 S. Ct. 2446, 179 L. Ed. 2d 1209, 2011 U.S. LEXIS 3764.

May 16, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Fourth Circuit, denied.

Same case below, 34 So. 3d 941.

**No. 10-1076. Shlishey the Best, Inc., Trustee for the Twice As Nice 2x22 Land Trust, Petitioner v. Option One Mortgage Corporation, et al.**

563 U.S. 987, 131 S. Ct. 2446, 179 L. Ed. 2d 1209, 2011 U.S. LEXIS 3662.

May 16, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 49 So. 3d 249.

**No. 10-1078. Christopher Slater, Petitioner v. New Jersey.**

563 U.S. 988, 131 S. Ct. 2447, 179 L. Ed. 2d 1209, 2011 U.S. LEXIS 3816.

May 16, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-1083. Edward H. Flint, Petitioner v. A. C. McKay Chauvin.**

563 U.S. 988, 131 S. Ct. 2447, 179 L. Ed. 2d 1209, 2011 U.S. LEXIS 3706.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.